# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.: 8:03-cr-348-T-30TBM

**JOSE HERNANDEZ-MARTINEZ**
_____/

## ORDER

**BEFORE THE COURT** is Defendant's "Motion Under Title 18 U.S.C. §§§3582(c)(2), 3553(a), 1 - 7 Factors, 3661, and U.S.S.G. Amendment 709" (Dkt. 38).  The Government has filed a response in opposition to the Defendant's motion (Dkt. 39).  Upon consideration, Defendant's motion (Dkt. 38) is DENIED.  The guideline amendments are not applicable to Defendant's sentence because Defendant was convicted of Re-Entry of a Deported Alien After an Aggravated Felony Conviction under 8 U.S.C. § 1326(a).  The guideline amendments in question only concern offenses involving cocaine base, commonly known as "crack."  Crack cocaine was not involved in Defendant's sentencing.  Therefore, no change in the guidelines applies to Defendant's case.

**It is ORDERED AND ADJUDGED** that Defendant's "Motion Under Title 18 U.S.C. §§§3582(c)(2), 3553(a), 1 - 7 Factors, 3661, and U.S.S.G. Amendment 709" (Dkt. 38) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Probation Office
Bureau of Prisons